FILED
NOV 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Astarte Davis-Rice
01137-094 Unit A
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, California 94568

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Astarte Davis-Rice,                          Civil Action No. __07 2072__

   Plaintiff,

vs.                                          **MOTION TO PROCEED IN FORMA PAUPERIS**

United States of America,

   Defendant.

---

     I, Astarte Davis-Rice, Plaintiff in the above entitled case petitions this Court for leave to proceed in forma pauperis. Enclosed please find my application and affidavit in support of herein motion as I am unable due to my poverty to pay the costs of this case or to give security therefor, and believe I am entitled to redress.

     **WHEREFORE,** Plaintiff asks this Honorable Court for an Order to proceed in forma pauperis.

Dated: 10/22/07

Respectfully submitted,

_____
Astarte Davis-Rice

RECEIVED
OCT 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

# AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, Astarte Davis-Rice, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 37.61 | $ NA | $ 37.61 | $ NA |
| Self-employment | $ -0- | $ NA | $ -0- | $ NA |
| Income from real property (such as rental income) | $ -0- | $ NA | $ -0- | $ NA |
| Interest and dividends | $ -0- | $ NA | $ -0- | $ NA |
| Gifts | $ -0- | $ NA | $ -0- | $ NA |
| Alimony | $ -0- | $ NA | $ -0- | $ NA |
| Child Support | $ -0- | $ NA | $ -0- | $ NA |
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ NA | $ -0- | $ NA |
| Disability (such as social security, insurance payments) | $ -0- | $ NA | $ -0- | $ NA |
| Unemployment payments | $ -0- | $ NA | $ -0- | $ NA |
| Public-assistance (such as welfare) | $ -0- | $ NA | $ -0- | $ NA |
| Other (specify): UNICOR Federal Prison Industries | $ 37.61 | $ NA | $ 37.61 | $ NA |
| **Total monthly income:** | $ 37.61 | $ NA | $ 37.61 | $ NA |

* See attached certificate of funds in prisoner's account

**FILED**

07 2072

NOV 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| UNICOR Federal Prison Industries FCI-Dublin | 5701 8th Street Dublin, CA | 1993 - present | $ 37.61 $ $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NA | | | $ $ $ |

4. How much cash do you and your spouse have? $ NA
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ $ $ | $ $ $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
Value  NA

☐ Other real estate
Value  NA

☐ Motor Vehicle #1
Year, make & model  NA
Value

☐ Motor Vehicle #2
Year, make & model  NA
Value

☐ Other assets
Description  NA
Value

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NA | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | $ -0- | $ NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ NA |
| Home maintenance (repairs and upkeep) | $ -0- | $ NA |
| Food | $ -0- | $ NA |
| Clothing | $ -0- | $ NA |
| Laundry and dry-cleaning | $ -0- | $ NA |
| Medical and dental expenses | $ -0- | $ NA |

|  | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ -0- | $ NA |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ NA |

Insurance (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| Homeowner's or renter's | $ -0- | $ NA |
| Life | $ -0- | $ NA |
| Health | $ -0- | $ NA |
| Motor Vehicle | $ -0- | $ NA |
| Other: _____ | $ -0- | $ NA |

Taxes (not deducted from wages or included in mortgage payments)

|  | You | Your spouse |
|---|---|---|
| (specify): _____ | $ -0- | $ NA |

Installment payments

|  | You | Your spouse |
|---|---|---|
| Motor Vehicle | $ -0- | $ NA |
| Credit card(s) | $ -0- | $ NA |
| Department store(s) | $ -0- | $ NA |
| Other: _____ | $ -0- | $ NA |
| Alimony, maintenance, and support paid to others | $ -0- | $ NA |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ -0- | $ NA |
| Other (specify): STAMPS, PHONE (call family), LEGAL COPY CARD, TYPING SUPPLIES, AND HYGIENE | $ 37.41 | $ NA |
| **Total monthly expenses:** | $ 37.41 | $ NA |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☒ No

    If yes, how much? _____

    If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.

    I am a 75-year old woman who has been incarcerated since 1990, and have had all things of value taken from her

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____October 22_____, 20_07_

_____
(Signature)

Case Number: _____

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of ___Davis Rize___ for the last six months at

___FCI Dublin___ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __37.61__ and the average balance in the prisoner's account each month for the most recent 6-month period was $__0.21__.

Dated: May 14 07    ___[signature]___
[Authorized officer of the institution]

- 5 -

## AFFIDAVIT BY ASTARTE DAVIS-RICE IN SUPPORT OF HER
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, Astarte Davis-Rice, declare, under penalty of perjury that I am the Petitioner in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my proverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief

I declare under penalty of perjury pursuant to 28 U.S.C.S. § 1746, the foregoing is true and correct and understand that a false statement herein or in my application may result in the dismissal of my claim.

Dated: 10/22/07

Astarte Davis-Rice
01137-094 Unit A
Federal Correction Institution
5701 8th Street - Camp Parks
Dublin, California 94568