**FILED**
NOV 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Astarte Davis-Rice, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07 2072 |
| ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a prisoner at the Federal Correctional Institution in Dublin, California. She brings this action under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680. The venue provision for FTCA claims requires that "[a]ny civil action on a tort claim against the United States . . . be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred." 28 U.S.C. § 1402(b). The alleged wrongdoing occurred in the Virgin Islands. The Court therefore finds it in the interests of justice and judicial economy to transfer the case there. Accordingly, it is this 5 day of November 2007,

ORDERED that pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court of the Virgin Islands. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

/s/ Ellen S. Huvelle
United States District Judge